**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**JACOB W. GENTRY-CAPE** **PLAINTIFF**

**v.** **Case No. 3:26-CV-03026-DCF-CDC**

**ROBERT KIRTCHER, JEREMY PHILLIPS, and STEPHANIE KECK** **DEFENDANTS**

**ORDER**

The Court has received proposed findings and recommendations (Doc. 10) from Magistrate Judge Christy D. Comstock. There have been no objections and the period for filing objections has passed. After careful review, the Court finds that the findings and recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, Plaintiff's claims against Defendant Robert Kirtcher will be **DISMISSED WITHOUT PREJUDICE**. This leaves for resolution Plaintiff's claims against Defendant Jeremy Phillips and Stephanie Keck. This matter remains referred to the Magistrate Judge for all matters not recommended for dismissal.

**IT IS SO ORDERED** this 27th day of August 2026.

/s/ David Clay Fowlkes
DAVID CLAY FOWLKES
UNITED STATES DISTRICT JUDGE